**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **BRIAN CALLERY,** *et al.* |
| **Plaintiff,** |
| v. |
| **DELOS CAPITAL, LLC,** *et al.* |
| **Defendants.** |

**CIVIL ACTION NO.  23-4784**

## ORDER

**AND NOW,** this 6th day of December 2023, upon Plaintiff's attached letter request to seal the Complaint [Doc. No. 1], it is hereby **ORDERED** that the Clerk is **DIRECTED** to temporarily place the Complaint under seal. It is further **ORDERED** that no later than **December 13, 2023** at **5:00 PM**, Plaintiff shall file a redacted Complaint and a motion to seal that complies with the decision in *In re Avandia*, 924 F.3d 662 (3d. Cir. 2019), or the Complaint will be unsealed in its entirety.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

# WUSINICH, SWEENEY & RYAN, LLC
ATTORNEYS AND COUNSELLORS AT LAW

**EDWARD C. SWEENEY**                                                                 **JOSEPH F. WUSINICH, III**†
**M. FRANCES RYAN**                    102 PICKERING WAY                                    (Retiredl)
                                              SUITE 403
                                        EXTON, PA  19341                        †LL M  IN TRIAL ADVOCACY

                                            (610) 594-1600
                                        Fax:  (610) 594-6518

                              **mfrancesryan@wusinichsweeney.com**

                                        December 5, 2023

VIA EMAIL
Honorable Cynthia M. Rufe
U.S. District Court for the Eastern District of Pennsylvania
Room 12614, U.S. Courthouse 601 Market Street
Philadelphia, PA 19106

  **RE: Brian Callery v. Delos Capital, LLC**
  **U.S.D.C., E.D. Pa., Case No. 23-cv-04784 (CMR)**


Dear Judge Rufe,

        We represent the plaintiff in this action.  We write to request that the Court order that the
Complaint filed today be placed under seal.  The reason for this request is that counsel for HOP Energy,
LLC informed us that the Complaint contains Confidential Information protected by the Protective Order
in place in *Callery v. HOP Energy, LLC*, Case No. 2:20-cv-03652.  We plan to meet and confer with
HOP's counsel and submit any dispute that cannot be resolved to Discovery Master Giles, pursuant to the
terms of that Protective Order.

Respectfully submitted,

/s/*M. Frances Ryan*

M. Frances Ryan
Attorney for Plaintiffs

Cc:  Matthew McLaughlin, Esquire (VIA EMAIL)