# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CALLERY and | : | |
| TINA FASANO, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| DELOS CAPITAL, LLC, | : | CLASS ACTION COMPLAINT |
| SHOREVEST CAPITAL, LLC, | : | |
| STEVE ZAMBITO, | : | DOCKET NO.   2:23-cv-04784 |
| ANNE WHITMAN, | : | |
| JULIE AINSWORTH, | : | |
| MICHAEL ANTON, | : | |
| RICHARD NOTA, | : | |
| DAVID MERCADO, | : | |
| MATTHEW CONSTANTINO, and | : | |
| WILLARD DEBRUYN, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(1).

Respectfully submitted,

Date: December 7, 2023                By:_/s/ *M. Frances Ryan*_____
                                                     M. Frances Ryan
                                                     Attorney for Plaintiff
                                                     I.D. No.  62060
                                                     102 Pickering Way, Suite 403
                                                     Exton, PA  19341

(610) 594-1600
Validation of signature code: MFR1130
Email: mfrancesryan@wusinichsweeney.com