## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

BRIAN CALLERY                              : DOCKET NO.   2:23-cv-04784
57 West 5th Avenue                         :
Coatesville, PA 19320                      :
                                           :
    and                :  CLASS ACTION COMPLAINT
                                           :
TINA FASANO                                :
1288 Grand Mesa Drive                      :  JURY TRIAL DEMANDED
Effort, PA 18330                           :
                                           :
    Plaintiffs,          :
                                           :
vs.                                        :
                                           :
DELOS CAPITAL, LLC, et al.                 :
                                           :
    Defendants.          :

### ORDER

AND NOW, this __14th__ day of __December__, 2023, upon consideration of Plaintiff's Motion to Seal Complaint, it is hereby ORDERED that the Complaint will remain temporarily sealed until HOP Energy, LLC has had the opportunity to provide information and argument, before the Discovery Master, concerning (1) what information is covered by the Protective Order and (2) the *Avandia* standard for the information for which it claims confidentiality.

BY THE COURT

**/s/ Cynthia M. Rufe**
_____
Cynthia M. Rufe, J.